IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01221-ZLW

ADAM BERGY,

Plaintiff,

v.

DENVER SHERIFF VALDEZ,

Defendant.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 25 2008

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff, Adam Bergy, filed **pro se** on November 16, 2008, a motion titled "Motion to Refile Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint Due to Excusable Neglect" asking the Court to reconsider and vacate the Order of Dismissal and Judgment filed in this action on August 28, 2008. The Court must construe the motion to refile liberally because Mr. Bergy is proceeding **pro se**. See **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to refile will be construed liberally as a motion to reconsider, and will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). **See id.** at 1243.

Mr. Bergy's liberally construed motion to reconsider in this action, which was filed more than ten days after the Order of Dismissal and Judgment, will be considered pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *See Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the complaint and the instant action without prejudice for Plaintiff's failure, within the time allowed, to pay the initial partial filing fee of $6.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee. Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Bergy fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Therefore, the liberally construed motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion titled "Motion to Refile Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint Due to Excusable Neglect," that Plaintiff, Adam Bergy, filed *pro se* on November 16, 2008, and which the Court has construed liberally as a Fed. R. Civ. P. 60(b) motion, is denied.

DATED at Denver, Colorado, this 25 day of Nov. , 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01221-ZLW

Adam Bergy
Prisoner No. 136061
DRDC
PO Box 392004
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 11/25/08

GREGORY C. LANGHAM, CLERK

By: /s/ Deputy Clerk

Deputy Clerk